### Commonwealth *v.* Chandler, Appellant.

Submitted September 11, 1969. *Melvin Dildine*, Assistant Defender, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *Jeffrey A. Brodkin* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Cooper, Appellant.

Argued September 9, 1969. *Richard H. Knox*, with him *Reinl, Lockwood & Knox*, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., took no part in the consideration or decision of this case.